IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIMI ROSE and CONCIATA ROSE** | : | CIVIL ACTION NO. 1:CV-14-420 |
| | : | |
| **Plaintiffs** | : | **(JUDGE KANE)** |
| | : | **(Magistrate Judge Blewitt)** |
| v. | : | |
| | : | |
| **ADAMS COUNTY, PA, et al.** | : | |
| | : | |
| **Defendants** | : | |

# O R D E R

Before the Court in the captioned action is a March 11, 2014 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Blewitt.

2) Plaintiff's *in forma pauperis* Motion (Doc. No. 2), is **GRANTED** solely for the purpose of this action.

3) Plaintiff's Complaint (Doc. No. 1) against all Defendants is **DISMISSED WITH PREJUDICE.**

4) The Clerk of Court shall close the file.

                                           s/ Yvette Kane
                                           YVETTE KANE, Judge
                                           United States District Court
                                           Middle District of Pennsylvania

Dated: April 1, 2014